IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL UNGUREANU, et al.,

    Plaintiffs,                        No. CIV S-11-0316 LKK GGH PS

    vs.

A. TEICHERT & SON, et al.,

    Defendants.                      ORDER

_____/

        Various motions to dismiss and to strike presently are calendared for hearing on April 7, 2011. (Dkt. #s 14, 15, 16, 17, 18, 19, 20, 21.) Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motions. Accordingly, the court will not entertain oral argument, and will determine the motions on the record, including the briefing in support of and in opposition to the pending motions. See E.D. Cal. L.R. 230(g).

        Accordingly, IT IS ORDERED that:

        1. The April 7, 2011 hearing on the motions to dismiss and to strike, filed March 2, March 3, and March 4, 2011, (dkt. #s 14, 15, 16, 17, 18, 19, 20, and 21), is vacated; and

        2. The motions are submitted on the record.

DATED: March 31, 2011                      /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          U. S. MAGISTRATE JUDGE

GGH:076:Ungureanu316.vac.wpd