1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7            FOR THE EASTERN DISTRICT OF CALIFORNIA

8  DANIEL UNGUREANU, et al.,

9          Plaintiffs,                    No. CIV S-11-0316 LKK GGH PS

10      vs.

11  A. TEICHERT & SON, et al.,

12          Defendants.                        ORDER

13  _____/

14          Defendant Shelub's motions to dismiss and to strike presently are calendared for

15  hearing on April 21, 2011. (Dkt. #s 24, 26, 28.)  Plaintiffs did not file an opposition but rather a

16  request to continue the hearing in order to conduct discovery to oppose Shelub's Anti-SLAPP

17  motion and motion to dismiss.

18          Accordingly, IT IS ORDERED that:

19          1.  The April 21, 2011 hearing on the motions to dismiss and to strike, filed March

20  14, 2011, (dkt. #s 24, 26, 28), is continued to May 12, 2011; and

21          2.  Plaintiffs shall file an opposition by April 28, 2011.

22  DATED: April 11, 2011                    /s/ Gregory G. Hollows

23                                          _____
                                            U. S. MAGISTRATE JUDGE
    GGH:076:Ungureanu316.vac2.wpd

24

25

26

                                            1