IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL UNGUREANU, et al.,

      Plaintiffs,                No. CIV S-11-0316 LKK GGH PS

    vs.

A. TEICHERT & SON, et al.,

      Defendants.              ORDER

_____/

        On April 12, 2011, the undersigned granted plaintiffs' request to continue the hearing on defendant Shelub's Anti-SLAPP motion and motion to dismiss in order to conduct discovery to oppose these motions. Defendant Shelub has filed a motion for reconsideration of that order.

        Upon consideration of the request, IT IS ORDERED that:

        1. Defendant Shelub's request for consideration is granted in part and denied in part.

        2. The hearing on defendant Shelub's motions to dismiss and to strike will remain on May 12, 2011; and

\\\\\

\\\\\

3. All discovery, including pending discovery, is stayed until further order of the court.

DATED: April 25, 2011            /s/ Gregory G. Hollows
                                 _____
                                 U. S. MAGISTRATE JUDGE

GGH:076:Ungureanu316.rec.wpd