IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL UNGUREANU, et al.,

    Plaintiffs,                    No. CIV S-11-0316 LKK GGH PS

    vs.

A. TEICHERT & SON, et al.,

    Defendants.                  ORDER

_____/

        Defendant Shelub's motions to dismiss and to strike presently are calendared for hearing on May 12, 2011. (Dkt. #s 24, 26, 28.) Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motions. See E.D. Cal. L.R. 230(g).

        Accordingly, IT IS ORDERED that:

        1. The May 12, 2011 hearing on the motions to dismiss and to strike, filed March 14, 2011, is vacated; and

        2. The motions are submitted on the record.

DATED: May 9, 2011                      /s/ Gregory G. Hollows

                                                    GREGORY G. HOLLOWS
                                                    U. S. MAGISTRATE JUDGE

GGH:076:Ungureanu0316.vac3.wpd

1